UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARCELL DOMINIQUE PORTER, et al.,

                           Plaintiffs,

                -against-

CHASE BANK, et al.,

                         Defendants.

23-CV-2436 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated March 23, 2023, the Court directed Plaintiff Marcell Dominique Porter, within 30 days, to submit a completed amended request to proceed *in forma pauperis* ("IFP") or pay the $402.00 in fees required to file a civil action in this Court.[1] That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not filed an amended IFP application or paid the fees. Accordingly, the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915. All other pending matters in this case are terminated.

The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

---

[1] On May 10, 2023, the order was returned to the court as undeliverable. On May 23, 2023, the order was re-mailed to the address on file for Plaintiff.

The Clerk of Court is directed to enter judgment in this case.

SO ORDERED.

Dated:   July 17, 2023
         New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge