UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARCELL DOMINIQUE PORTER, ET AL.,

                Plaintiffs,

     -against-

CHASE BANK, ET AL.,

                Defendants.

23-CV-2436 (LTS)

CIVIL JUDGMENT

For the reasons stated in the July 17, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   July 17, 2023
           New York, New York

                                      /s/ Laura Taylor Swain
                                      LAURA TAYLOR SWAIN
                                      Chief United States District Judge